**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ALBANY DIVISION**

| | |
|---|---|
| HANGER PROSTHETICS & ORTHOTICS, INC.,  :<br>         Plaintiff                                                    :<br>                                                                        :<br>v.                                                                     :           1:05-CV-164 (WLS)<br>                                                                        :<br>JOHN P. RODMAN, SR., LIMBCARE                   :<br>PROSTHETICS & ORTHOTICS, LLC.,              :<br>         Defendants                                                :<br>_____  : | |

**ORDER**

Presently before the Court is Plaintiff's Motion for Withdrawal of Job J. Milfort as Counsel for Plaintiff (Doc. 39).  Plaintiff consents to counsel's withdrawal.  *Id*.  Therefore, Plaintiff's Motion for Withdrawal (Doc. 39) is **GRANTED**.

**SO ORDERED**, this   28th   day of December, 2005

                                                                        /s/W. Louis Sands                           
                                                                **W. LOUIS SANDS, CHIEF JUDGE
                                                                UNITED STATES DISTRICT COURT**

1